**Order entered June 9, 2021**



## In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-19-01178-CR

### GEORGE GUO, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F19-00090-M**

### ORDER

Before the Court is the State's June 4, 2021 second motion for an extension of time to file its brief. We **GRANT** the motion and **ORDER** the State's brief, received with the motion, filed as of the date of this order.

/s/    ERIN A. NOWELL
       JUSTICE